UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:21-cr-00052-JMS-MJD |
| | ) | | |
| SIERRA VASQUEZ, | ) | | - 01 |
| | ) | | |
| Defendant. | ) | | |

## REPORT AND RECOMMENDATION

On May 7, 2026, the Parties appeared for hearing on the Petitions for Warrant or Summons for Offender under Supervised Release filed on January 9, 2026, January 27, 2026, and February 18, 2026.  Defendant appeared in person and by Federal Community Defender counsel Bill Dazey. Government represented by Assistant United States Attorney MaryAnn Mindrum.  U.S. Probation Office represented by Bethany Greenup.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant Vasquez of her rights and ensured she had a copy of the Petitions.  Defendant Vasquez waived her right to a preliminary hearing.

2.      The Parties asked to proceed with disposition.  After being placed under oath, Defendant Vasquez admitted to violation number 4 in the Petition dated February 18, 2026. Government orally moved to withdraw the remaining violations numbers 1 through 3, which motion was granted by the Court such that violations number 1 through 3 are dismissed.

3.      The allegations to which Defendant admitted, as fully set forth in the petition, are as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **"You shall not commit another federal, state, or local crime."** |

On February 12, 2026, Ms. Vasquez was arrested and has charges pending under case number 49D32-2602-F5-004676 for Possession of Cocaine, 5-10 Grams, Level 5 Felony. Her initial hearing was held on February 18, 2026.  She is currently housed at the Marion County Jail.

4. The parties stipulated that:

(a) The highest grade of violation is a Grade B violation.

(b) Defendant's criminal history category is I.

(c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months of imprisonment.

5. Defendant was given an opportunity to make a statement on the record, and she chose to do so.  Counsel for each of the Parties argued for the proper disposition that counsel thought the Court should impose.  The Parties jointly recommended a sentence of ten (10) months imprisonment with no federal supervised release to follow.  Defendant requested placement at the Federal Medical Center in Lexington, Kentucky.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or designee for a period of ten (10) months imprisonment with no federal supervised release to follow. The Magistrate Judge also makes a recommendation for placement at the Federal Medical Center (Atwood) in Lexington, Kentucky.  The Parties acknowledged that an unsatisfied condition of the original sentence remains, specifically an unpaid $450 fine.  [*See* dkt. 126-2 at 2.]

7. Defendant Vasquez is to be taken into custody immediately pending the District

Judge's action on this Report and Recommendation.  The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The Parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 5/11/2026

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system