UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:21-cr-00052-JMS-MJD |
| | ) | |
| SIERRA VASQUEZ (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Barr's Report and Recommendation dkt. [133] recommending that Sierra Vasquez's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Barr's Report and Recommendation dkt [133]. The Court finds that Ms. Vasquez committed Violation Number 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [126]. The Court dismissed Violation Numbers 1, 2, and 3 at dkts. [102, 114 and 119]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Ms. Vasquez is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months and with no federal supervised release to follow. The Court recommends placement at the Federal Medical Center (Atwood) in Lexington, Kentucky. The Parties acknowledged that an unsatisfied condition of the original sentence remains, specifically an unpaid $450 fine. [*See* dkt. 126-2 at 2.].

Date: 5/12/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system